RITA HAIG DRIESSENS *v.* HELIOSE DRIESSENS ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 3 Conn. App. 677, is denied.

*Rita Haig Driessens,* pro se, in support of the petition.

*David J. Elliot* and *Kim M. Cooke,* in opposition.

Decided May 29, 1985

DEBORAH J. ISAAC, ADMINISTRATOR (ESTATE OF REGINALD ISAAC) *v.* MOUNT SINAI HOSPITAL ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 3 Conn. App. 598, is denied.

*Richard A. Bieder* and *Jill E. Clayton,* in support of the petition.

*Lois B. Tanzer, Andrew J. O'Keefe* and *Louis B. Blumenfeld,* in opposition.

Decided May 29, 1985

LUCIA NESSEN *v.* BOARD OF EDUCATION OF THE TOWN OF TORRINGTON

The plaintiff's petition for certification for appeal from the Appellate Court, 3 Conn. App. 630, is denied.

*Ronald Cordilico,* in support of the petition.

*Gregory B. Nokes,* in opposition.

Decided May 29, 1985